UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JEFFREY C. ENGRUM, JR.           CIVIL ACTION NO. 08-cv-1704

VERSUS           JUDGE WALTER

JAMES BANKS, ET AL           MAGISTRATE JUDGE HORNSBY

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion for Summary Judgment (Doc. 41)** is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the \_\_\_24\_\_\_ day of \_\_Feb_____, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE